UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
SANTIAGO CATALAN, on behalf of himself and
all others similarly situated,

        Plaintiff,                                 JUDGMENT
                                                   22-CV-6159-NRM-ST

        -against-

BLINKS DELI, INC., d/b/a BLINKS DELI AND
PIZZA, and CHUNG PAK, individually,

        Defendants.
----------------------------------------------------------- X

        An Order of the Honorable Nina R. Morrison, United States District Judge, having been filed on September 26, 2023, adopting the Report and Recommendation of Magistrate Steven Tiscione, dated September 1, 2023, granting Plaintiff's motion for default judgment; awarding Plaintiff judgment against Defendants jointly and severally, in the amount of $269,276.43, comprised of $107,871.00 in unpaid wages and $107,871.00 in liquidated damages under the Fair Labor Standards Act and New York Labor Law (NYLL); $10,000.00 in notice damages under the NYLL; $40,961.43 in pre-judgment interest; and attorney's fees of $2,573.00; and awarding post-judgment interest under the rate set forth in 28 U.S.C. § 1961; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and that judgment is hereby entered in favor of Plaintiff against Defendants jointly and severally, in the total amount of $269,276.43, plus post-judgment interest under the rate set forth in 28 U.S.C. § 1961.

Dated: Brooklyn, NY                                                                Brenna B. Mahoney
       September 27, 2023                                              Clerk of Court


                                                                          By: */s/Jalitza Poveda*
                                                                              Deputy Clerk